```
JEFFREY BUCKHOLTZ
Acting Assistant Attorney General

McGREGOR W. SCOTT
United States Attorney
CATHERINE SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

JOYCE R. BRANDA
POLLY A. DAMMANN
JULLIA CALLAHAN
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-0291
```

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| [UNDER SEAL], | CIV-S-04-2599 WBS/KJM |
| Plaintiffs, | **PROPOSED ORDER** |
| v. | **FILED UNDER SEAL** |
| [UNDER SEAL], | |
| Defendants. | |

**FILED**

APR 23 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**RECEIVED**

MAR 28 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

```
 1  JEFFREY BUCKHOLTZ
    Acting Assistant Attorney General
 2
    McGREGOR W. SCOTT
 3  United States Attorney
    CATHERINE SWANN
 4  Assistant United States Attorney
    501 I Street, 10th Floor
 5  Sacramento, California 95814
    Telephone:  (916) 554-2762
 6  Fax: (916) 554-2900

 7  JOYCE R. BRANDA
    POLLY A. DAMMANN
 8  JULLIA CALLAHAN
    Department of Justice
 9  Civil Division
    Commercial Litigation Branch
10  P. O. Box 261
    Benjamin Franklin Station
11  Washington, D.C.   20044
    Telephone: (202) 616-0291
12
13  Attorneys for the United States of America

14                IN THE UNITED STATES DISTRICT COURT

15                FOR THE EASTERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA and )   CIV-S-04-2599 WBS/KJM
    THE STATE OF CALIFORNIA, ex  )
17  rel. DEBORAH BASKIN,         )
                                 )   PROPOSED ORDER
18          Plaintiffs,          )
                                 )
19          v.                   )   FILED UNDER SEAL
                                 )
20  ALTAMEDIX, MIRON BALYASNY,   )
    ARKADY SHTURMAN and LARRY    )
21  BARASH                       )
                                 )
22          Defendants.          )
                                 )
23
24
                                ORDER
25
26      The United States having intervened in this action, pursuant
27  to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules
28  as follows:
```

1   IT IS ORDERED that Relator's First Amended Complaint, the
2   United States' Notice of Intervention, California's Notice of
3   Intervention, and this Order, be unsealed;
4   IT IS FURTHER ORDERED that all other previously filed
5   contents of the Court's file in this action remain under seal and
6   not be made public, or served upon the defendants.
7   IT IS FURTHER ORDERED that the seal shall be lifted on all
8   matters occurring in this action after the date of this Order.
9   IT IS SO ORDERED.

DATED: 4/8/2008

HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE