EDMUND G. BROWN JR., Attorney General of the
State of California
BRIAN V. FRANKEL
Supervising Deputy Attorney General
SIOBHAN A. FRANKLIN
Deputy Attorney General
State Bar No. 175747
 110 West "A" Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA  92186-5266
 Telephone: (619) 688-6071
 Fax: (619) 688-4200

Attorneys for State of California

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, STATE OF CALIFORNIA, ex rel. DEBORAH BASKIN,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALTAMEDIX, MIRON BALYASNY, ARKADY SHTURMAN, LARRY BARASH, and DOES 1 through 20, Inclusive,**<br><br>Defendants. | Civil Action No. CIV S-04-2599 WBS/KJM<br><br>STATE OF CALIFORNIA'S STIPULATION OF DISMISSAL; [~~PROPOSED~~] ORDER |

## **STIPULATION**

WHEREAS, the State of California, defendants, and relator have entered into a settlement agreement which resolves the claims brought on behalf of the State of California (a copy of the fully executed settlement agreement is attached hereto as Exhibit 1);

WHEREAS, the claims brought on behalf of the United States were also resolved by the aforementioned settlement agreement;

WHEREAS, the United States will be filing a separate pleading addressing the dismissal of the claims brought on behalf of the United States;

WHEREAS, the issue of what documents within the Court's file should be unsealed or should

remain under seal has already been addressed by the Court's Order signed on April 8, 2008 and filed on April 23, 2008;

WHEREAS, no answer or other responsive pleading has been filed in this action by the defendants;

IT IS HEREBY STIPULATED AND AGREED by the State of California and relator Deborah Baskin, through their respective counsel of record:

1. Pursuant to Fed. R. Civ. P., Rule 41(a)(1):

    a. the entire action shall be dismissed with prejudice as to the relator; and

    b. as to the State of California, the action shall be dismissed with prejudice as to the "State Covered Conduct" as defined in Exhibit No. 1, and without prejudice as to all other claims brought on behalf of the State of California.

2. This Court shall retain jurisdiction to enforce the terms of the aforementioned settlement agreement.

                                           EDMUND G. BROWN JR.
                                           Attorney General of the State of California

Dated: May 1, 2008            By:    /s/ Siobhan A. Franklin
                                           SIOBHAN A. FRANKLIN
                                           Deputy Attorney General
                                           Attorneys for the State of California

Dated: May 1, 2008            By:    /s/ John Panneton
                                           JOHN PANNETON, ESQ.
                                           Attorney for Relator DEBORAH BASKIN

**ORDER**

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT:

1. This entire action is dismissed with prejudice as to the relator.

2. As to the State of California, the action is dismissed with prejudice as to the "State Covered Conduct" as defined in Exhibit No. 1, and without prejudice as to all other claims brought on behalf of the State of California.

3. This Court shall retain jurisdiction to enforce the terms of the aforementioned settlement agreement.

DATED: May 2, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE