JEFFREY BUCKHOLTZ
Acting Assistant Attorney General

McGREGOR W. SCOTT
United States Attorney
CATHERINE SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone:  (916) 554-2762
Fax: (916) 554-2900

JOYCE R. BRANDA
POLLY A. DAMMANN
JULLIA CALLAHAN
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.   20044
Telephone: (202) 616-0291


Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, ex rel. DEBORAH BASKIN,<br><br>           Plaintiffs,<br><br>           v.<br><br>ALTAMEDIX, MIRON BALYASNY, ARKADY SHTURMAN and LARRY BARASH<br><br>           Defendants. | CIV-S-04-2599 WBS/KJM<br><br>[~~proposed~~] ORDER ON STIPULATION OF DISMISSAL |

Upon consideration of the Stipulation of Dismissal of Relator's

1

First Amended Complaint, filed by the United States and Relator, it is hereby

ORDERED that the First Amended Complaint is dismissed.  Pursuant to and consistent with the terms of the Settlement Agreement between the United States, California, Relator, and Defendants, dated April 1, 2008 (hereinafter "Settlement Agreement"), the dismissal shall be with prejudice as to the Relator, with prejudice to the United States to the extent of the Covered Conduct as that term is defined in the Settlement Agreement, and otherwise without prejudice to the United States.

IT IS SO ORDERED.

DATED: May 9, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE